UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R# 29008７

IN RE:  
MADHU SUDHAN KHILNANI

CASE NO. 09-21792-BKC

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

MAR 2 0 2011

FILED ___ RECEIVED ___

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 2,370.92 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 3-25-11

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

MADHU SUDHAN KHILNANI  
3687 LOCKS HILL  
MARTINEZ, GA 30907

JAMES W. SCHWITALLA, ESQUIRE  
12954 S.W. 133RD COURT  
MIAMI, FL 33186

ACS  
%ROSALIND FRANKLIN UNIVERSITY  
3333 GREEN BAY RD  
NORTH CHICAGO, IL 60064-3095

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                      CASE NO.  09-21792-BKC-
MADHU SUDHAN KHILNANI

CHAPTER 13

MADHU SUDHAN KHILNANI

3687 LOCKS HILL
MARTINEZ, GA 30907


JAMES W. SCHWITALLA, ESQUIRE
12954 S.W. 133RD COURT
MIAMI, FL 33186


ACS                                 --------$      2,370.92
%ROSALIND FRANKLIN UNIVERSITY
3333 GREEN BAY RD
NORTH CHICAGO, IL 60064-3095              UNDELIVERABLE/STALE
                                          CLAIM REGISTER# 10

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130